UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20453-WILLIAMS/LETT
CASE NO. ____________________
18 U.S.C. § 1015(e))
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

v.

HOWARD ADRIAN PALMER,

Defendant.
_____________________________________/

FILED BY BM D.C.
Oct 15, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**False Claim of United States Citizenship to Obtain State Benefit**
**(18 U.S.C. § 1015(e))**

On or about October 16, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**HOWARD ADRIAN PALMER,**

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant affirmed that his name was "K.S.," and that he was born in the United States Virgin Islands, as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

**COUNT 2**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about October 16, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**HOWARD ADRIAN PALMER,**

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, that is, a State of Florida Driver License, as charged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name, date of birth, and social security number of "K.S.," in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ELIZABETH HANNAH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** ______________________

**v.**

HOWARD ADRIAN PALMER,
______________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
☑ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ______________
4. This case will take 3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ______________ Case No. ______________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ______________ Magistrate Case No. ______________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ______________ Case No. ______________
9. Defendant(s) in federal custody as of ______________
10. Defendant(s) in state custody as of ______________
11. Rule 20 from the ________ District of ________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: ______________________
Elizabeth Hannah
Assistant United States Attorney
SDFL Court ID No. A5503171

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** HOWARD ADRIAN PALMER

**Case No:** ____________________

Count #: 1

False Claim of United States Citizenship to Obtain State Benefit

Title 18, United States Code, Section 1015(e)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Mandatory Min. Supervised Release:** N/A
* **Max. Fine:** $250,000

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 2 years, consecutive to any other sentence
* **Max. Supervised Release:** 1 year
* **Mandatory Min. Supervised Release:** N/A
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**