**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20453-WILLIAMS**

**UNITED STATES OF AMERICA**

**v.**

**HOWARD ADRIAN PALMER,**

**Defendant.**
_______________________________/

# FACTUAL PROFFER

The United States of America, Howard Adrian Palmer, (the "Defendant"), and the Defendant's counsel, agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt, among others, which occurred in the Southern District of Florida, and that such facts are sufficient to establish the Defendant's guilt as Count 2 of the Indictment, which charges the Defendant with Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

On or about October 16, 2020, the Defendant entered a Florida Highway Safety and Motor Vehicles office in Miami, Florida, and applied for a Florida Driver's License. The Defendant presented a purported United States Virgin Islands birth certificate in the name of "K.S." to obtain the driver's license, which listed the United States as his citizenship. The Defendant also presented a purported IRS W-2 form, with the name and social security number of K.S. The Defendant claimed that he was K.S. in order to apply for the driver's license. The Defendant knew that K.S.'s means of identification (including his name, date of birth, and social security number) belonged to another real person and that he did not have lawful authority to use them. The Defendant also knew that he was not a U.S. Citizen.

In an interview with law enforcement, K.S. confirmed that he did not authorize the Defendant to use his personally identifiable information ("PII") to apply for a Florida Driver's License, and did not otherwise authorize the Defendant to use his PII in any way.

These are not the only facts known to the United States in this matter, nor are they all the facts the United States would have presented had this case gone to trial. The facts described above are merely intended to form a basis for the Defendant's knowing, willful, and intentional plea of guilty.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 01/11/2026 By: ______________________
ELIZABETH HANNAH
ASSISTANT UNITED STATES ATTORNEY

Date: 01/11/2026 By: ______________________
AARON M. COHEN
COUNSEL FOR THE DEFENDANT

Date: 01-09-26 By: ______________________
HOWARD ADRIAN PALMER
DEFENDANT